# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129979

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v                                                           SC: 129979
                                                            COA: 254213
                                                            Oakland CC: 2003-193006-FC

BRANDON JUSTIN BURNS-PERRY,
　　　　Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 11, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

d0221